IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

JUN 0 1 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. __06 - CV - 01039 - BWB___

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

WELDON THEOPHILOUS MOTT, II,

      Plaintiff,

v.

THE PEOPLE OF THE STATE OF COLORADO,
EL PASO COUNTY OF COLORADO,
CITY OF COLORADO SPRINGS OF COLORADO,
OFFICE OF THE DISTRICT ATTORNEY, and
THE COLORADO SPRINGS POLICE DEPARTMENT,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, and a Prisoner Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __     is not submitted
(2)   __     is missing affidavit

(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (Account statement submitted does not cover the entire 6-month period.)

(4)   ___   is missing required financial information

(5)   ___   is missing an original signature by the prisoner

(6)   ___   is not on proper form (must use the court's current form)

(7)   ___   names in caption do not match names in caption of complaint, petition or habeas application

(8)   ___   An original and a copy have not been received by the court. Only an original has been received.

(9)   ___   other _____

**Complaint, Petition or Application:**

(10)   ___   is not submitted

(11)   ___   is not on proper form (must use the court's current form)

(12)   ___   is missing an original signature by the prisoner

(13)   ___   is missing page nos. ___

(14)   ___   uses et al. instead of listing all parties in caption

(15)   ___   An original and a copy have not been received by the court. Only an original has been received.

(16)   ___   Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   ___   names in caption do not match names in text

(18)   ___   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order,** the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 26 ᵀᴴ day of _May_____, 2006.

BY THE COURT:

_Boyd N. Boland_

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 01039** -BNB

Weldon T. Mott, II
Prisoner No. A00183633
CJC, 3G1
2739 E. Las Vegas St.
Colorado Springs, CO 80906

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6-1-06

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk