IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01039-BNB

WELDON THEOPHILOUS MOTT, II,

    Plaintiff,

v.

THE PEOPLE OF THE STATE OF COLORADO,
EL PASO COUNTY OF COLORADO,
CITY OF COLORADO SPRINGS OF COLORADO,
OFFICE OF THE DISTRICT ATTORNEY, and
COLORADO SPRINGS POLICE DEPARTMENT,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 27 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff Weldon Theophilous Mott, II, is confined at the El Paso County Jail in Colorado Springs, Colorado. Mr. Mott has filed *pro se* a Prisoner Complaint alleging that his constitutional rights have been violated. The court must construe the complaint liberally because Mr. Mott is representing himself. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Mott will be ordered to file an amended complaint.

The court has reviewed the complaint filed in this action and finds that it is deficient. First, it is not clear who the Defendants in this action are. Mr. Mott identifies five entities as Defendants in the caption of the complaint. However, the facts Mr. Mott alleges in support of his claims are based on the actions of three unidentified individuals who are not named as Defendants in the caption of the complaint.

In addition, assuming Mr. Mott does intend to assert his claims against the five entities named as Defendants in the caption of the complaint, he fails to allege facts sufficient to support constitutional claims against those entities. In fact, Mr. Mott specifically alleges that he seeks to hold the named Defendants liable for the actions of the three unidentified individuals on the basis of respondeat superior. He may not do so. Personal participation is an essential allegation in a civil rights action. **See Bennett v. Passic**, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Mott must show that each Defendant caused the deprivation of a federal right. **See Kentucky v. Graham**, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. **See Butler v. City of Norman**, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior. **See Pembaur v. City of Cincinnati**, 475 U.S. 469, 479 (1986); **McKee v. Heggy**, 703 F.2d 479, 483 (10th Cir. 1983).

Therefore, Mr. Mott will be directed to file an amended complaint to clarify who he intends to sue in this action and to allege facts that demonstrate how the named Defendants personally participated in the asserted constitutional violations. Mr. Mott is advised that § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." **Conn v. Gabbert**, 526 U.S. 286, 290 (1999). Therefore, Mr. Mott should name as Defendants in the amended complaint the individuals or entities he believes actually violated his constitutional rights. Accordingly, it is

ORDERED that Mr. Mott file **within thirty (30) days from the date of this order** an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Mott, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Mott fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED June 27, 2006, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-01039-BNB

Weldon T. Mott, II
Prisoner No. A00183633
CJC, 3G1
2739 E. Las Vegas St.
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER** and **two copies of Prisoner Complaint** to the above-named individuals on 6/27/06

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk