# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01039-BNB

WELDON THEOPHILOUS MOTT, II,

    Plaintiff,

v.

THE PEOPLE OF THE STATE OF COLORADO,
EL PASO COUNTY OF COLORADO,
CITY OF COLORADO SPRINGS OF COLORADO,
OFFICE OF THE DISTRICT ATTORNEY, and
COLORADO SPRINGS POLICE DEPARTMENT,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 1 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Mandatory Injunction Order" filed on July 25, 2006, in which he seeks an order directing the Office of the State Public Defender to produce certain documents, is DENIED. Plaintiff is not required to identify any Defendant by his or her real name in his amended complaint. However, Plaintiff must provide specific information describing each unidentified Defendant so that his or her identity can be determined and he or she may be served.

Dated: July 31, 2006

Copies of this Minute Order mailed on July 31, 2006, to the following:

Weldon Theophilous Mott, II
El Paso County Detention Facility
2739 E. Las Vegas Street, CJC 3-G-1
Colorado Springs, CO 80906

                              Secretary/Deputy Clerk