IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 7 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01039-BNB

WELDON THEOPHILOUS MOTT, II,

   Plaintiff,

v.

THE PEOPLE OF THE STATE OF COLORADO,
EL PASO COUNTY OF COLORADO,
CITY OF COLORADO SPRINGS OF COLORADO,
OFFICE OF THE DISTRICT ATTORNEY, and
COLORADO SPRINGS POLICE DEPARTMENT,

   Defendants.

## ORDER DISMISSING CASE

Plaintiff Weldon Theophilous Mott, II, initiated this action by filing *pro se* a Prisoner Complaint alleging that his constitutional rights have been violated. On June 27, 2006, Magistrate Judge Boyd N. Boland ordered Mr. Mott to file an amended complaint. On August 7, 2006, Mr. Mott filed a "Motion for Voluntary Dismissal."

The Court must construe the motion liberally because Mr. Mott is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for

summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See* ***Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the "Motion for Voluntary Dismissal" filed on August 7, 2006, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of August 7, 2006, the date the notice was filed in this action. It is

FURTHER ORDERED that the pending motions are denied as moot. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 16 day of August, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01039-BNB

Weldon T. Mott, II
Prisoner No. A00183633
CJC, 3G1
2739 E. Las Vegas St.
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on   8-17-06  

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk