# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01039-ZLW

WELDON THEOPHILOUS MOTT, II,

    Plaintiff,

v.

THE PEOPLE OF THE STATE OF COLORADO,
EL PASO COUNTY OF COLORADO,
CITY OF COLORADO SPRINGS OF COLORADO,
OFFICE OF THE DISTRICT ATTORNEY, and
COLORADO SPRINGS POLICE DEPARTMENT,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 3 1 2006

GREGORY C. LANGHAM
             CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion for Mandatory Injunction" filed on August 30, 2006, is DENIED because this action was dismissed by order filed on August 17, 2006.

Dated: August 31, 2006

Copies of this Minute Order mailed on August 31, 2006, to the following:

Weldon T. Mott, II
Prisoner No. A00183633
CJC - 3G1
2739 E. Las Vegas Street
Colorado Springs, CO 8906

                              Secretary/Deputy Clerk